BARKETT, Circuit Judge, specially concurring:

I concur because I believe this case is controlled by our precedent in <u>United States v. Burke</u>, 113 F.3d 211 (11th Cir. 1997). However, I share some of the same reservations expressed by Judge Hill.